UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH GOLDEN, *et al*,<br>    Plaintiffs,<br>v.<br><br>LUCAS VARITY KELSEY HAYES,<br>*et al*,<br>    Defendants. | Case No. 93-CV-40530<br>Hon. Arthur J. Tarnow<br><br>Magistrate Judge Anthony J. Patti<br><br>**CLASS ACTION** |

_____

| | |
|---|---|
| LARRY FOX, *et al*,<br>    Plaintiffs,<br>v.<br><br>MASSEY-FERGUSON, INC.,<br>    Defendant. | Case No. 93-CV-74615 DT<br>Hon. Arthur J. Tarnow<br><br>Magistrate Judge Anthony J. Patti<br><br>**CLASS ACTION** |

_____

| | |
|---|---|
| ROBERT J. COLBY, *et al*,<br>    Plaintiffs,<br>v.<br><br>MASSEY-FERGUSON, INC.<br>    Defendant. | Case No. 94-CV-71698<br>Hon. Arthur J. Tarnow<br><br>Magistrate Judge Anthony J. Patti<br><br>**CLASS ACTION** |

_____

| | |
|---|---|
| Darcie R. Brault (P43864)<br>Lisa M. Smith (P46150)<br>McKnight, Canzano, Smith,<br>Radtke & Brault, P.C.<br>Class Counsel for Plaintiffs<br>423 N. Main Street, Suite 200<br>Royal Oak, MI 48067<br>(248) 354-9650<br>dbrault@michworkerlaw.com<br>lsmith@michworkerlaw.com | Kathryn Humphrey (P32351)<br>Elisa J. Lintemuth (P74498)<br>Dykema Gossett PLLC<br>Counsel for Defendants<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 569-6912<br>khumphrey@dykema.com<br>elintemuth@dykema.com |

_____

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Lisa M. Smith of the law firm of McKnight,

Canzano, Smith, Radtke & Brault, P.C. as class counsel in the above captioned cases.

Respectfully submitted,

McKNIGHT, CANZANO, SMITH,
RADTKE, & BRAULT, P.C.

By: /s/ Lisa M. Smith
Darcie R. Brault (P43864)
Lisa M. Smith (P46150)
Class Counsel
423 N. Main Street, Suite 200
Royal Oak, MI 48067
(248) 354-9650  Fax: (248) 354-9656
dbrault@michworkerlaw.com
lsmith@michworkerlaw.com

Dated:  July 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

Respectfully submitted,

McKNIGHT,  CANZANO,  SMITH,
RADTKE, & BRAULT, P.C.

By: /s/ Lisa M. Smith
Darcie R. Brault (P43864)
Lisa M. Smith (P46150)
Class Counsel
423 N. Main Street, Suite 200
Royal Oak, MI 48067
(248) 354-9650  Fax: (248) 354-9656
dbrault@michworkerlaw.com
lsmith@michworkerlaw.com

Dated:  July 13, 2020

P:\RHC Cases\TRW\TRW - K-H and M-F\Pleadings\LMSNotofApp.wpd